IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TINA MARIE MARTIN                                                                 PLAINTIFF

v.                                              2:10CV00191 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 30th day of March, 2012.

_____
James M. Moody
United States District Judge