**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**TINA MARIE MARTIN**                                                                                 **PLAINTIFF**

**v.**                                            **2:10CV00191 JMM**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 30th day of March, 2012.

James M. Moody
United States District Judge